**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 5:24-CV-1023** |
| | § | |
| **KDHK, INC.,** *doing business as* | § | |
| *Allegiance Environmental Services,* | § | |
| **KENNETH FLORES, IRMA E. FLORES,** | § | |
| **and CHRISTOPHER A. FLORES,** | § | |
| | § | |
| *Defendants.* | § | |

**MEMORANDUM OPINION AND ORDER**

Before the Court is Defendant Christopher A. Flores' ("Defendant Chris Flores") Motion for Leave to File Amended Answer and to Vacate Hearing, (*ECF No. 49*).

Per the Scheduling Order, the parties' deadline to amend pleadings expired March 21, 2025. *ECF No. 23*. Defendant Chris Flores does not demonstrate good cause for amendment, and the Court has already granted Plaintiff's Motion for Summary Judgment as to liability. *Fahim v. Marriot Hotel Servs., Inc.*, 551 F.3d 344, 348 (5th Cir. 2008); *see also ECF No. 41*. In addition, Plaintiff states in their Supplemental Memorandum "even assuming [Defendant Chris Flores'] argument [regarding offset] should have been pleaded as an affirmative defense, the United States was not prejudiced" by Defendant Chris Flores introducing it in response to Plaintiff's Motion for Summary Judgment. *ECF No. 51* at 11. Thus, the Motion is denied in this regard.

Regarding Defendant Chris Flores' request to also "vacate" the upcoming damages hearing, the Motion is also denied in this regard. As scheduled, the in-person hearing set for **May 19, 2026 at 10:00 AM** in Courtroom B on the second floor of the San Antonio Federal Courthouse shall proceed. **Failure to appear may result in the imposition of significant sanctions.**

## CONCLUSION

Upon consideration, Defendant Chris Flores Motion for Leave to File Amended Answer and to Vacate Hearing, (*ECF No. 49*), is **DENIED**.

**The Clerk of Court is DIRECTED to email a copy of this Order to:**

1.  cfsmulaw@gmail.com

It is so ORDERED.
SIGNED this 15th day of May, 2026.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE

2